IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CHRISTOPHER HICKS, | : | Case No. 1:20cv680 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| D. VINCENT FARIS, et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 53), DENYING PLAINTIFF'S MOTION FOR SANCTIONS (Doc. 31), and TERMINATING AS MOOT MOTION FOR EXTENSION (Doc. 61)**

The Court has reviewed the Report and Recommendation of Magistrate Judge Stephanie K. Bowman (Doc. 53), to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections to the Report have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court **ADOPTS** the Recommendation that Plaintiff's motion for Rule 11 sanctions be denied (Doc. 53). Plaintiff's motion (Doc. 31) is thus **DENIED**. The Court further **TERMINATES AS MOOT** the motion for extension (Doc. 61).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND